UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROCKY FLASH, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SPEEDWAY POLICE DEPARTMENT, et al., ) <br> ) <br> Defendants. ) | 1:05-cv-768-JDT-TAB |

Entry Discussing Request to Proceed on Appeal In Forma Pauperis

The plaintiff's request for leave to proceed on appeal *in forma pauperis* with respect to his notice of appeal filed on September 8, 2005, is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id*. There is no objectively reasonable argument which the plaintiff could present to argue that the disposition of this action was erroneous. In pursuing an appeal, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

IT IS SO ORDERED.

Date: 09/12/2005

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Rocky Flash
5470 East Bush Blvd.   #101
Temple Terrace, FL   33617